UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HENRY LUWISCH | CIVIL ACTION NO. 2:17-cv-03241 |
| VERSUS | SECTION "E" |
| AMERICAN MARINE CORPORATION | MAGISTRATE (5) |
| | Designated as Rule 9(h) |

## DECLARATION OF ROBERT SHAHNAZARIAN

Pursuant to 28 U.S.C. 1746, Robert Shahnazarian submits the following declarations:

1. My name is Robert Shahnazarian. I am of the full age of majority.

2. I am President of American Marine Corporation, operator of the M/V AMERICAN CHALLENGER.

3. I was President of American Marine Corporation on January 12, 2012 when Henry Luwisch applied for a job as Chief Engineer.

4. I interviewed Mr. Luwisch during his job application process.

5. When Mr. Luwisch applied to work for American Marine Corporation he did not disclose to me or any other employee or representative of American Marine Corporation his prior accidents in which he had sustained injury to his neck and other parts of his body.

6. When Mr. Luwisch applied to work for American Marine Corporation he did not disclose to me or any other employee or representative of American Marine Corporation that on May 21, 2008 he was thrown from a four wheel all-terrain vehicle suffering a fracture skull or that the cervical CT scan done showed degenerative disc disease at C4-5 and C5-6.



EXHIBIT 5

7. When Mr. Luwisch applied to work for American Marine Corporation he did not disclose to me or any other employee or representative of American Marine Corporation that on or about October 29, 2011, two and one half months before he submitted his job application, he had injured his neck and shoulder while working for Dale Martin Offshore as a Chief Engineer on an offshore support vessel.

8. Further, at no time did Mr. Luwisch disclose to me or any other employee or representative of American Marine Corporation that x-rays of his neck/cervical spine taken on November 1, 2011, two days after his accident, showed "advanced degenerative disc disease at C4-5 and C5-6".

9. In addition, at no time did Mr. Luwisch disclose to me or any other employee or representative of American Marine Corporation that the cervical MRI done two weeks after his accident on November 14, 2011 revealed:

    a. Significant degenerative changes including, but not limited to bilateral stenosis and probable compromise or compression of both C5 nerve root at C4-5;

    b. Central and left spondylosis, cord compression, bilateral foraminal stenosis and possible compromise of both C6 nerve roots at C5-6, and

    c. Central and left lateral herniated disc with a well-defined disc fragment extending into the spinal canal and compressing the spinal cord by 10%, left foraminal stenosis and probable C7 nerve root compromise.

10. On January 19, 2012 at the direction of and at cost to American Marine Corporation Mr. Luwisch underwent a pre-employment at Boones Creek Medical.

Those records show that when asked about his prior medical, Mr. Luwisch did not disclose his history of cervical injuries, degenerative disc disease, probable nerve root compromise or herniated disc and spinal cord compression.

11. The actual medical history and physical condition of prospective crewmen applying to serve on American Marine Corporation vessels is very important and material to its hiring decisions.

12. Had Mr. Luwisch disclosed his true and complete medical history and physical condition he would not have been offered employment as Chief Engineer.

I declare under penalty of perjury that my declarations are true and correct.

Executed this 2nd day of December, 2017

Robert Shahnazarian, President
American Marine Corporation