UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HENRY LUWISCH,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-3241** |
| **AMERICAN MARINE CORPORATION,**<br>    **Defendant** | **SECTION: "E" (5)** |

## ORDER

Before the Court is Defendant American Marine Corporation's motion in limine to limit the testimony of Plaintiff's witness Dr. Randy Rice.[1] Defendant requests that Dr. Rice's testimony at trial be limited to the extent he relies on the opinions of Plaintiff's expert Glenn Hebert related to work-life expectancy.[2]

At the Pretrial Conference on June 28, 2018, counsel for Plaintiff indicated that Plaintiff does not oppose the motion.[3] Accordingly;

**IT IS ORDERED** that Defendant American Marine Corporation's motion in limine is **GRANTED.**

New Orleans, Louisiana, this 5th day of July, 2018.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 57.
[2] The Court granted in part AMC's motion in limine to limit the testimony of Glenn Hebert. R. Doc. 53.
[3] R. Doc. 64.