**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HENRY LUWISCH,**<br>**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-3241** |
| **AMERICAN MARINE CORPORATION,**<br>**Defendant** | **SECTION: "E" (5)** |

**JUDGMENT**

Considering the Court's Findings of Fact and Conclusions of Law, dated March 31, 2019;[1]

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff Henry Luwisch and against Defendant American Marine Corporation, in the amount of $867,348.80, plus applicable interest.

**New Orleans, Louisiana, this 31st day of March, 2019.**

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

[1] R. Doc. 91.