UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HENRY LUWISCH** | **CIVIL ACTION NO. 2:17-cv-03241** |
| **VERSUS** | **SECTION "E"** |
| **AMERICAN MARINE CORPORATION** | **MAGISTRATE (5)** |
| | **Designated as Rule 9(h)** |

### ORDER

Having considered defendant, American Marine Corporation's, Motion to Approve Supersedeas Bond and Stay Execution of Judgment Pending Appeal;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that defendant's Motion be and the same is **GRANTED**;

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED** that the supersedeas bond posted by American Marine Corporation and Liberty Mutual Insurance Company in the amount of ONE MILLION, FORTY THOUSAND EIGHT HUNDRED AND EIGHTEEN DOLLARS ($1,040,818.56) DOLLARS is **APPROVED**.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED** that the execution of the Judgment (Rec. Doc. 92) entered in favor of plaintiff, Henry Luwisch, and against defendant, American Marine Corporation, is **STAYED** pending defendant's appeal.

New Orleans, Louisiana, this 1st day of July, 2019.

_____Susie Morgan_____
UNITED STATES DISTRICT JUDGE